# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT OF ACTING : No. 368 Judicial Classification Docket
PRESIDENT JUDGE OF THE TWENTY- :
EIGHTH JUDICIAL DISTRICT, :
VENANGO COUNTY :
                                      :

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November 2021, due to the unavailability of the Honorable Oliver J. Lobaugh, President Judge of the Twenty-eighth Judicial District, Venango County, pursuant to Article V, §10(a) of the Pennsylvania Constitution, the Honorable Thomas King Kistler is hereby appointed acting President Judge of the Twenty-eighth Judicial District, Venango County, effective November 22, 2021, until further Order of this Court.